# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY D. THOMAS,<br><br>           Plaintiff,<br><br>   v.<br><br>V. YATES, et al.,<br><br>           Defendants. | Case No. 1:16-cv-00855-AWI-BAM (PC)<br><br>ORDER DIRECTING CLERK'S OFFICE TO RE-SERVE NOVEMBER 7, 2017 FINDINGS AND RECOMMENDATIONS ON PLAINTIFF<br><br>ORDER EXTENDING DEADLINE TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>**FOURTEEN (14) DAY DEADLINE** |

Plaintiff Larry D. Thomas ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983, and federal and state law claims arising out of events in 2009 that occurred at Kern Valley State Prison. On September 21, 2016, the Court screened Plaintiff's complaint and concluded that his claims were likely time-barred. (ECF No. 5.) Plaintiff was granted leave to amend and filed his first amended complaint on October 17, 2016. (ECF No. 6.)

On November 7, 2017, the Court screened Plaintiff's first amended complaint and issued findings and recommendations recommending that this action be dismissed, with prejudice, as time-barred. (ECF No. 8.) Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Id. at 8.)

1

On November 20, 2017, Plaintiff filed a notice of change of address dated November 12, 2017, (ECF No. 9) and a request for a status report regarding this action, (ECF No. 10). Plaintiff states that he has not received any documentation from the Court since he was ordered to file an amended complaint.

As it appears Plaintiff did not receive the Court's November 7, 2017 findings and recommendations, the Court finds it appropriate to extend the time for Plaintiff to file objections to the findings and recommendations.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of the Court is DIRECTED to re-serve the Court's November 7, 2017 findings and recommendations (ECF No. 8) on Plaintiff at his current address of record; and
2. Plaintiff's objections, if any, to the findings and recommendations shall be filed within **fourteen (14) days** from the date of service of this order.

IT IS SO ORDERED.

Dated: **November 22, 2017**          /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE